**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL COLLAKU and KYLE BRUBAKER, individually, as Class Representatives of the certified Class of investors, and as Judgment Creditor-Assignees of RHINO ONWARD INTERNATIONAL, LLC and SCORPIO REF, LLC, | ) | Case No. 1:26-cv-08649 |
| | ) | Hon. Sara L. Ellis |
| Plaintiffs, | ) | Removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 2023-CH-09344 |
| v. | ) | |
| JONATHAN D. FROST; RHINO ONWARD INTERNATIONAL, LLC; SCORPIO REF, LLC; and CROFT & FROST, PLLC, | ) | |
| Defendants and Judgment Debtors, | ) | |
| PINNACLE BANK (Pinnacle Financial Partners, Inc.), | ) | |
| Citation Respondent. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order extending the parties' deadlines to file motions to dismiss and/or to remand (Dkt. 10), Plaintiffs Angel Collaku and Kyle Brubaker ("Plaintiffs") and Citation Respondent Pinnacle Bank (Pinnacle Financial Partners, Inc.) ("Pinnacle," and together with Plaintiffs, the "Parties") jointly submit this status report.

## I. Status of Resolution Efforts

The Parties have been evaluating and negotiating resolution of these claims since February 2026. (Dkt. 7 ¶ 4.) The matter has not yet resolved, and the Parties have agreed to mediate.

## II. Mediation

The Parties have agreed to mediate before the Honorable Sidney I. Schenkier (Ret.), formerly a United States Magistrate Judge of this Court and now a neutral with JAMS in Chicago. The Parties are working with Judge Schenkier's office to secure a date in early November 2026 and will advise the Court promptly once the mediation is set.

## III. Motion Deadlines

The Court granted the Parties' joint motion (Dkt. 7) to extend Pinnacle's deadline to answer or otherwise respond to the Complaint and Plaintiffs' deadline to move to remand, in each case until further order of the Court. (Dkt. 10.) The Parties jointly request that the deadlines be further extended through the mediation and the further status hearing described below in Part V, so that the Parties may devote their resources to resolution rather than to motion practice that the mediation may render unnecessary.

Nothing in this report waives, tolls, or limits any matter preserved by the Order, including any argument concerning the existence or absence of subject-matter jurisdiction, any substantive ground for or against remand or dismissal, or any of Pinnacle's defenses. The Parties agree that a further extension of Plaintiffs' deadline to file a motion to remand shall not render that motion untimely under 28 U.S.C. § 1447(c).

## IV. Proposed Schedule If the Matter Does Not Resolve

The Court's minute order (Dkt. 10) directs the Parties to propose a schedule for Plaintiffs' motion to remand and Pinnacle's response to the Complaint if the matter has not resolved. Because the mediation is imminent and may dispose of the case, the Parties propose a schedule keyed to its conclusion:

1. The Parties shall file their respective motions to remand or dismiss within fourteen (14) days after the further status hearing referenced in Part V below, or such other date as may be ordered by the Court;

2. The Parties shall file their respective responses to any such motion within twenty-eight (28) days after the motion is filed, and the Parties shall file any reply within ten (10) days after the response.

**V. Requested Further Status Hearing**

The Parties request a further status hearing on after November 19, 2026, on a date convenient to the Court, at which they will report on the outcome of the mediation and, if the matter has not resolved, confirm the schedule proposed above.

WHEREFORE, the Parties jointly and respectfully request that the Court (i) continue the extensions entered under its Order pending the mediation and the further status hearing; (ii) set a further status hearing after November 19, 2026; and (iii) grant such other and further relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

/s/ *Alexander N. Loftus*

Alexander N. Loftus (ARDC No. 6303484)
**LOFTUS & EISENBERG, LTD.**
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
(312) 899-6625
alex@loftusandeisenberg.com

Attorneys for Plaintiffs and the Putative Class

Respectfully submitted,

/s/ *Megan B. Poetzel*

Megan B. Poetzel (#6243664)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
mpoetzel@jenner.com

Charles E. Elder (*pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
celder@bradley.com

Attorneys for Citation Respondent Pinnacle Bank (Pinnacle Financial Partners, Inc.)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Alexander N. Loftus*
Alexander N. Loftus